# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0957
_____

MIGUEL ANGEL MARIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Leon County.
Stefanie M. Newlin, Judge.

October 10, 2025

PER CURIAM.

AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender; Megan Lynne Long, Kayla Destiny Neal, and Lori A Willner, Assistant Public Defenders, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.